NO. 07-11-0248-CR

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL E

 

AUGUST 23, 2011

 

______________________________

 

 

DIMAS MORENO, APPELLANT

 

V.

 

THE STATE OF TEXAS, APPELLEE

 

 

_________________________________

 

FROM THE 137TH DISTRICT COURT OF LUBBOCK
COUNTY;

 

NO. 2010-426,193; HONORABLE JOHN J. MCCLENDON III,
JUDGE

 

_______________________________

 

Before QUINN, C.J., and PIRTLE, J., and BOYD, S.J.[1]

ORDER REINSTATING APPEAL

            By
opinion and judgment dated July 26, 2011, this Court dismissed Appellant's
appeal for want of jurisdiction on the ground that he had failed to timely file
a notice of appeal.  On the limited
documents that were on file at the time, this Court found that Appellant had
been sentenced on April 21, 2011, as reflected in the Docketing Statement
filed, and that his Notice of Appeal filed June 22, 2011, was, therefore,
untimely.  It has now come to the
attention of this Court that, while Appellant did enter his plea of guilty on
April 21, 2011, he was not formally sentenced by the trial court until May 31,
2011.  Therefore, Appellant's notice of
appeal was timely filed.  Tex. R. App. P.
26.2(a)(1). 

Conclusion

            Accordingly,
in the interest of justice, we withdraw our opinion and judgment of July 26,
2011, and reinstate Appellant's appeal. 
Because the Reporter's Record has yet to be filed, all briefing
deadlines will be in accordance with the applicable rules of appellate
procedure.  See Tex. R. App. P. 38.6.

            It
is so ordered.

                                                                                    Per Curiam

 

 











[1]John
T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.  Tex. Gov't Code Ann. § 75.002(a)(1) (West 2005).